# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

―――――――――――――――

Case No. 5D2025-2368
LT Case No. 10-2025-DP-000024-A

―――――――――――――――

C.L.T., FATHER of B.T., a CHILD,

    Appellant,

    v.

DEPARTMENT of CHILDREN and
FAMILIES,

    Appellee.

―――――――――――――――

On appeal from the Circuit Court for Clay County.
Angela M. Cox, Judge.

Natalie S. H. Kelley, of Law Office of Natalie S. Hall Kelley, St.
Augustine, for Appellant.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Jaime Michelle Generazzo, Senior Attorney, Appellate Division,
of Statewide Guardian ad Litem Office, Tallahassee,  and Jamie
Billotte Moses, of Defending Best Interests, Orlando, for
Statewide Guardian ad Litem.


February 24, 2026


PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____